**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1433**

WOODROW W. MOORE, JR.,

Plaintiff - Appellant,

v.

COMMONWEALTH OF VIRGINIA,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:21-cv-00557-RBS-DEM)

Submitted:  September 8, 2022                    Decided:  September 12, 2022

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Woodrow W. Moore, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Woodrow W. Moore, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint.  After issuing a show cause order and reviewing Moore's response, the district court concluded that the clear untimeliness of the complaint, filed over a decade after the alleged wrongdoing, rendered the action frivolous.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Moore v. Virginia*, No. 2:21-cv-00557-RBS-DEM (E.D. Va. Mar. 23, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*